[THE STATE EX REL.] MTD PRODUCTS, INC., APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO; HALL, APPELLANT.

[Cite· as *State ex rel. MTD Products, Inc. v. Indus.
Comm.* (2000), 87 Ohio St.3d 448.]

(No. 99–485—Submitted November 16, 1999—Decided January 12, 2000.)

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *David J. Kovach,* for appellee.

*Dean G. Reinhard Co., L.P.A.,* and *Charles Zamora,* for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and reinstate the order of the Industrial Commission.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.